

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2017

No. 04-16-00503-CV

**IN RE ESTATE OF RAMIRO AGUILAR JR., DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The appellee's motion to dismiss for lack of jurisdiction is hereby DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court